■ In the Matter of SCOTT NEEDLEMAN et al., Petitioners, v WILLIAM A. KELLY et al., Respondents. [933 NYS2d 557]–

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioners have failed to demonstrate a clear legal right to the relief sought. Rivera, J.P., Dickerson, Eng and Roman, JJ., concur.